IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| GEORGE PALLADINO | : | CIVIL ACTION NO. 2:08-cv-1175 |
| Plaintiff, | : | |
| v. | : | |
| ACTAVIS TOTOWA, LLC (formerly known as Amide Pharmaceutical, Inc.), ACTAVIS INC., ACTAVIS ELIZABETH, LLC, ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., and JOHN DOE DEFENDANTS 1-20 | : | CONSENT ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |
| Defendants | : | |

THIS MATTER, having come before the Court upon the application by way of Consent Order and all applicable parties consenting thereto;

IT IS ON THIS __14__ day of __August__, 2009,

ORDERED that the Plaintiff is hereby permitted to amend the Complaint to remove medical monitoring claims.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties ~~within~~ ~~~~ IT IS FURTHER ORDERED that the proposed First Amended Complaint be filed this same day.

ENTER:

Joseph R. Goodwin, Chief Judge