IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK PRODUCT LIABILITY           LITIGATION | MDL NO. 1968 |
| THIS DOCUMENT RELATES ONLY TO: | |
| ALAN CHAMBERS,           Plaintiff,      v.  ACTAVIS TOTOWA, LLC, et al.,           Defendants. | Case No. 2:08-01175 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PROPOSED CLASS REPRESENTATIVE ALAN CHAMBERS

Defendants, by and through counsel, respectfully move this Court to grant summary judgment on the claims of proposed class representative Alan Chambers pursuant to Federal Rule of Civil Procedure 56(c).  Summary judgment is appropriate because Chambers cannot articulate a justiciable case or controversy under Article III of the United States Constitution. Namely, the uncontroverted record demonstrates that he has not suffered an "injury in fact"

sufficient to establish standing to sue.  Attached as Exh. A is the transcript of the deposition testimony of Alan Chambers, taken September 29, 2009.

|  |  |
|---|---|
| | Respectfully submitted, |
| ALLEN GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
| Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia 25301<br>Tel:     (304) 345-7250<br>Fax:    (304) 345-9941<br>E-mail:  rabetts@agmtlaw.com | By: s/*Richard A. Dean*<br>    Richard A. Dean (Ohio Bar #0013165),<br>    CO-LEAD COUNSEL<br>    Matthew P. Moriarty (WV Bar # 4571;<br>    Ohio Bar 0028389), CO-LEAD COUNSEL<br>    Kristen L. Mayer (Ohio Bar #0055505)<br>    925 Euclid Avenue, Suite 1150<br>    Cleveland, Oh  44115-1414<br>    Tel:     (216) 592-5000<br>    Fax:    (216) 592-5009<br>    E-mail:richard.dean@tuckerellis.com<br>              matthew.moriarty@tuckerellis.com<br>              kristen.mayer@tuckerellis.com |
| *Attorney for Defendants* | |
| SHOOK, HARDY & BACON LLP | *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |
| Harvey L. Kaplan, CO-LEAD COUNSEL<br>Madeleine M. McDonough, CO-LEAD COUNSEL<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108-2613<br>Tel:     (816) 559-2214<br>Fax:    (816) 421-5547<br>E-mail:  hkaplan@shb.com<br>E-mail:  mmcdonough@shb.com | |
| *Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2010, a copy of the foregoing **Defendants' Brief Opposing Class Certification** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | TUCKER ELLIS & WEST LLP |
| Harvey L. Kaplan, CO-LEAD COUNSEL<br>Madeleine M. McDonough, CO-LEAD COUNSEL<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108-2613<br>Tel:  (816) 559-2214<br>Fax:  (816) 421-5547<br>E-mail:  hkaplan@shb.com<br>E-mail:  mmcdonough@shb.com<br><br>*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.* | By: s/*Richard A. Dean*<br>Richard A. Dean (Ohio Bar #0013165), CO-LEAD COUNSEL<br>Matthew P. Moriarty (WV Bar # 4571; Ohio Bar 0028389), CO-LEAD COUNSEL<br>Kristen L. Mayer (Ohio Bar #0055505)<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Oh  44115-1414<br>Tel:  (216) 592-5000<br>Fax:  (216) 592-5009<br>E-mail:  richard.dean@tuckerellis.com<br>matthew.moriarty@tuckerellis.com<br>kristen.mayer@tuckerellis.com<br><br>*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |